United States District Court
Southern District of Texas
FILED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

JAN 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **GILBERT SALAZAR** | § | |
| | § | |
| **VS.** | § | CAUSE NO. **B-03-024** |
| | § | |
| **CAMERON COUNTY AND** | § | |
| **CONRADO CANTU, IN HIS OFFICIAL** | § | |
| **AND INDIVIDUAL CAPACITY** | § | |

## JOINDER IN NOTICE OF REMOVAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Defendant, Conrado Cantu, in his official and individual capacity, hereby joins in the Notice

of Removal of Cameron County to this Court of the state action described in the said notice of

removal.

Respectfully submitted,

LÓPEZ & SMITH
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230
(210) 366-3666
FAX: (210) 366-1985

ALBERT LÓPEZ
State Bar No. 12562350
Fed. Id. No. 13339
ATTORNEYS FOR DEFENDANT,
CONRADO CANTU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was sent by certified mail return receipt requested to Mr. Miguel Salinas, 803 Old Port Isabel Rd., Brownsville, Texas 78521 and Charles Willette, Jr., 3305 Boca Chica, Boulevard, Brownsville, Texas 78521 on January 24, 2003.

Albert López