IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JAN 24 2003

Michael N. Milby
Clerk of Court

| GILBERT SALAZAR | § | |
| --- | --- | --- |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-024 |
| | § | |
| CAMERON COUNTY, AND | § | (JURY REQUESTED) |
| CONRADO CANTU, in his Official | § | |
| And Individual Capacity | § | |
| *Defendants* | | |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Defendants Cameron County and Conrado Cantu, in his Official Capacity, in the above styled and numbered matter, and file this their Original Answer and for cause would show as follows:

### ORIGINAL ANSWER

### ADMISSIONS AND DENIALS SECTION I, ENTITLED PARTIES

1. Defendants are without knowledge or information sufficient to form a belief as to whether Plaintiff is a resident of Cameron County.

2. Defendants admit they have been properly served.

3. Defendants admit venue is proper for the United States District Court, Southern District of Texas, Brownsville Division.

### ADMISSIONS AND DENIALS FOR SECTION II, ENTITLED FACTUAL ALLEGATIONS

4. Defendants deny the allegations contained in the first paragraph of Section II of Plaintiff's Original Petition. Defendants specifically deny that a series of illegal and discriminatory

occurrences happened at the Cameron County Sheriff's Department in Cameron County, Texas.

5. Defendants admit Plaintiff was employed with the Cameron County Sheriff's Department from December 1984 until January 1, 2001, but Defendants deny Plaintiff's termination was unlawful.

6. Defendants deny the factual allegations contained in the third paragraph of Section II of Plaintiff's Original Petition.

7. Defendants deny the factual allegations contained in the fourth paragraph of Section II of Plaintiff's Original Petition.

8. Defendants admit Defendant Conrado Cantu won both the primary and general elections for the office of Cameron County Sheriff. However, Defendants are without knowledge or information sufficient to form a belief as to which candidate the Plaintiff supported in each election.

9. Defendants admit Plaintiff was terminated on January 1, 2001 from the Cameron County Sheriff's Department. Defendants deny the remaining allegations contained in the sixth paragraph of Section II of Plaintiff's Original Petition, specifically that Plaintiff's termination resulted from his political association and for exercising rights guaranteed under both the State and Federal Constitution.

**ADMISSIONS AND DENIALS FOR SECTION III**

10. Defendants admit Cameron County is a governmental entity and that the Cameron County Sheriff's Department is a Department of Cameron County. Defendants deny that Plaintiff was subjected to any illegal and discriminatory action.

## ADMISSIONS AND DENIALS FOR SECTION IV, ENTITLED TEXAS CONSTITUTION CAUSES OF ACTION

11. Defendants deny all the allegations in both paragraphs contained in Section IV of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION V, ENTITLED 42 U.S.C. § 1983

12. Defendants deny all the allegations in each of the paragraphs contained in Section V of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION VI, 42 U.S.C. § 1985(3)

13. Defendant Conrado Cantu in his Official Capacity denies all the allegations in Section VI of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION VII, ENTITLED ACTUAL DAMAGES

14. Defendants deny all the allegations contained in Section VII of Plaintiff's Original Petition. Defendants further deny plaintiff is entitled to any pecuniary relief for his causes of action asserted under the Texas Constitution in Section IV of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION VIII, ENTITLED ATTORNEY'S FEES

15. Defendants deny Plaintiff is entitled to attorney's fees because he is not a prevailing party.

## ADMISSIONS AND DENIALS FOR SECTION IX, ENTITLED JURY TRIAL REQUEST

16. Defendants admit Plaintiff requested a jury trial in this cause.

## ADMISSIONS AND DENIALS FOR THE PRAYER

17. Defendants deny Plaintiff should be granted any of the requests for relief asked for in the Prayer of Plaintiff's Original Petition.

## AFFIRMATIVE DEFENSES

18. Defendants would show that plaintiff's termination was based on non-discriminatory and

non-retaliatory reasons.

19. Defendants would show that Plaintiff has failed to mitigate his damages.

20. Defendants would show they are immune from liability under the doctrine of sovereign immunity.

21. Defendants would show that they may only be held liable under 42 U.S.C. § 1983 if Plaintiff proves a policy, custom or practice caused the constitutional deprivation of which Plaintiff complains.

22. Defendants seek reasonable attorney fees and costs as prevailing party pursuant to 42 U.S.C. § 1988.

## PRAYER

23. WHEREFORE, PREMISES CONSIDERED, Defendants Cameron County and Conrado Cantu, in his Official Capacity, pray that upon final trial and hearing hereof, Plaintiff take nothing by this suit, that Defendants recover all costs incurred herein, including reasonable and necessary attorney fees and that Defendants have such other and further relief, at law or in equity, to which it may show itself to be justly entitled.

Signed on January 24, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937
Roman "Dino" Esparza
State Bar No. 00795337
USCD Adm. No. 22703

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Original Answer has on January 24, 2003, been forwarded via certified mail, return receipt requested to:

Mr. Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd.
Brownsville, Texas 78521

Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230

_____
Charles Willette, Jr.

## CERTIFICATE OF CONFERENCE

The Local Rules for the United States District Court for the Southern District of Texas do not require a conference for this pleading.

_____
Charles Willette, Jr.