

United States District Court
Southern District of Texas
FILED

FEB 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT SALAZAR<br>*Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§<br>§ | CIVIL ACTION NO. B-03-024 |
| CAMERON COUNTY, AND<br>CONRADO CANTU, in his Official<br>And Individual Capacity<br>*Defendants* | §<br>§<br>§<br>§ | (JURY REQUESTED) |

## DEFENDANTS CAMERON COUNTY AND CONRADO CANTU, IN HIS OFFICIAL CAPACITY, CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, Defendants Cameron County and Conrado Cantu, in his official capacity, certifies that the only persons, associations, etc., that are known to these defendants to be financially interested in the outcome of this litigation are:

1. Gilberto Salazar, Plaintiff

2. Miguel Salinas, Plaintiff's attorney

3. Cameron County, Defendant

4. Conrado Cantu, Defendant

Signed on February 4, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this instrument has on February 4, 2003, been forwarded via certified mail, return receipt requested to:

Mr. Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd.
Brownsville, Texas 78521

Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230

_____
Charles Willette, Jr.