United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| | § | |
| VS. | § | CAUSE NO. B-03-024 |
| | § | |
| CAMERON COUNTY AND | § | |
| CONRADO CANTU, IN HIS OFFICIAL | § | |
| AND INDIVIDUAL CAPACITY | § | |

### CONRADU CANTUS'
### DISCLOSURE OF INTERESTED PARTIES

Defendant, Conrado Cantu, pursuant to this court's order, file this Disclosure of Interested Parties as follows:

1. Conrado Cantu, Sheriff of Cameron County, Defendant

2. Cameron County, Texas, Defendant

3. Gilberto Salazar, Plaintiff

Respectfully Submitted,

LOPEZ & SMITH
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78239
(210) 366-3666
FAX: (210) 366-1985

By: _____
Albert López
State Bar No. 12562350
Fed. Id. No. 13339
ATTORNEY FOR DEFENDANT, CONRADO CANTU

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument was sent by certified mail return receipt requested to Mr. Miguel Salinas, 803 Old Port Isabel Rd., Brownsville, Texas 78521 and by regular mail to Charles Willette, Jr., 3505 Boca Chica, Boulevard, Brownsville, Texas 78521 on February 3, 2003.

/s/ Albert López