IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERT SALAZAR<br>*Plaintiff*<br><br>VS.<br><br>CAMERON COUNTY, AND<br>CONRADO CANTU, in his Official<br>And Individual Capacity<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. B-03-024<br>§ (JURY REQUESTED)<br>§<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED
APR 28 2003
Michael N. Milby
Clerk of Court

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.
    **Answer:**

    **All counsel of record met as required by Rule 26(f) by teleconference.**

2.  List the cases related to this one that are pertaining in any state or federal court, with the case number and court.
    **Answer:**

    **N/A**

3.  Specify the allegation of federal jurisdiction.
    **Answer:**

    **This matter involves a federal question pursuant to Title 28 U.S.C. § 1331. Specifically, plaintiff has alleged violations of federal law in his original petition, involving the First Amendment of the United States Constitution.**

4.  Name the parties who disagree and the reasons.
    **Answer:**

    Defendants disagree with plaintiff in that Defendants assert plaintiff was terminated for legitimate, non-discriminatory reasons and not in violation of his constitutional rights.

5. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.
   **Answer:**

   None.

6. List anticipated interventions.
   **Answer:**

   None.

7. Describe class-action issues.
   **Answer:**

   None

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.
   **Answer:**

   **Each party will comply with Rule 26(a) disclosures by May 15, 2003.**

9. Describe the proposed agreed discovery plan, including:

   A. Response to all the mattes raised in Rule 26(f).
      **Answer:**

      **Yes.**

   B. When and to whom the plaintiff anticipates it may send interrogatories.
      **Answer:**

      **Plaintiff will send interrogatories to Defendants by July 25, 2003.**

   C. When and to whom the defendant anticipates it may send interrogatories.
      **Answer:**

      **Defendant will send interrogatories to Plaintiff by July 25, 2003.**

   D. Of whom and by when the plaintiff anticipates taking oral depositions.
      **Answer:**

      **Depositions of witnesses having knowledge of relevant facts will be taken by**

        **November 14, 2003.**

E.    Of whom and by when the defendant anticipates taking oral depositions.
**Answer:**

**Depositions of witnesses having knowledge of relevant facts will be taken by November 14, 2003.**

F.    List expert depositions the plaintiff anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (expert report).
**Answer:**

**Deposition of Expert Witnesses will be taken by November 14, 2003.**

G.    List expert depositions the defendant anticipates taking and their anticipated completion date. See Rule 26(a)(2)(b) (expert report).
**Answer:**

**Deposition of Expert Witnesses will be taken by December 12, 2003.**

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.
**Answer:**

**All parties agree.**

11. Specify the discovery beyond initial disclosures that has been undertaken to date.
**Answer:**

**None.**

12. State the date the planned discovery can reasonably be completed.
**Answer:**

**Discovery can be completed by January 9, 2004.**

13. Describe the possibilities for a prompt settlement or resolution of the case that was discussed in your Rule 26(f) meeting.
**Answer:**

**The Parties are in the process of negotiating a settlement.**

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

3

Answer:

**The Parties have engaged in reasonable settlement discussions.**

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.
    Answer:

    **None necessary at this time.**

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.
    Answer:

    **Undecided at this time.**

17. State whether a jury demand has been made and if it was made on time.
    Answer:

    **A jury demand was made by plaintiff in the state court action and referenced in Defendants' Notice of Removal.**

18. Specify the number of hours it will take to present the evidence in this case.
    Answer:

    **3 days**

19. List pending motions that could be ruled on tat the initial pretrial and scheduling conference.
    Answer:

    **1) Conrado Cantu's Motion for Partial Dismissal (F.R.C.P. 12(b)(6) and Answer to Plaintiff's Original Petition.**

    **2) Defendant Cameron County's Motion for Partial Dismissal Pursuant to Rule 12(b)(6)**

20. List other motions pending.
    Answer:

    **None**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.
    Answer:

    **None**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

    **Answer:**

    | | |
    |---|---|
    | Mr. Miguel Salinas<br>Law Office of Miguel Salinas<br>803 Old Port Isabel Road<br>Brownsville, Texas 78521<br>Telephone: (956) 550-1115<br>State Bar No. 17534750 | Mr. Albert Lopez<br>Lopez & Smith<br>3355 Cherry Ridge, Suite 100<br>San Antonio, Texas 78230<br>Telephone: (210) 366-3666<br>State Bar No. 12562350 |
    | Mr. Roman "Dino" Esparza<br>Willette & Guerra, L.L.P.<br>3505 Boca Chica Blvd. Suite 460<br>Brownsville, Texas 78521<br>Telephone: (956) 541-1846<br>State Bar No. 00795337 | Mr. Charles Willette, Jr.<br>Willette & Guerra, L.L.P.<br>3505 Boca Chica Blvd. Suite 460<br>Brownsville, Texas 78521<br>Telephone: (956) 541-1846<br>State Bar No. 21509700 |

23. All counsel or pro se parties are required to keep the Clerk and all other parties advised of changes of address.
    **Answer:**

    Yes.

SIGNED on April 28, 2003.

Mr. Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Rd.
Brownsville, Texas 78521
Telephone: (956) 550-1115
Facsimile:  (956) 550-1134

By: _Miguel Salinas_         By: _Dino Lopez_
    Miguel Salinas                w/ permission
    State Bar No. 17534750
    USDC No. 15171

5

Mr. Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230
Telephone: (210) 366-3666
Facsimile: (210) 366-1985

By: *Albert Lopez*   By: *Dino Lopez*
    Albert Lopez         w/permission
    State Bar No. 12562350
    USDC No. 13339

Charles Willette, Jr.
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: 956-541-1846
Facsimile: 956-541-1893

By: *Dino Lopez*
    Charles Willette, Jr.
    State Bar No. 21509700
    USDC No. 12401
    Roman "Dino" Esparza
    State Bar No. 00795337
    USDC No. 22703
**Attorneys for Defendant**