IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERT SALAZAR<br>*Plaintiff* | § § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-03-024<br>(JURY REQUESTED) |
| CAMERON COUNTY, AND<br>CONRADO CANTU, in his Official<br>And Individual Capacity<br>*Defendants* | § § § § | |

### DEFENDANTS' NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFF UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Defendants Cameron County and Conrado Cantu in his Official and Individual Capacity, and file this their Notice to the Court of their Filing of their Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

**I.**

Defendants hereby give notice to the Court of the filing of their Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on May 12, 2003.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
Charles Willette, Jr.
State Bar No. 21509700
USDC ADM. No.1937
Roman "Dino" Esparza
State Bar No.00795337
USDC ADM No. 22703
Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on May 12, 2003, on all counsel of record as follows:

Mr. Miguel Salinas
Law Office of Miguel Salinas
803 Old Port Isabel Road
Brownsville, Texas 78521

Mr. Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas

_____
Roman "Dino" Esparza