IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAY 1 5 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| GILBERTO SALAZAR § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO. B-03-024 |
| § | |
| CAMERON COUNTY AND CONRADO § | |
| CANTU, IN HIS OFFICIAL AND § | |
| INDIVIDUAL CAPACITY § | |
| Defendants § | |

## ATTORNEY MIGUEL SALINAS' MOTION TO WITHDRAW AS ATTORNEY IN CHARGE

Comes now, Attorney Miguel Salinas and files this Motion to Withdraw as Attorney in Charge and in support would show the Court as follows:

### INTRODUCTION

1. Plaintiff Gilberto Salazar sued his former employer Cameron County and its Sheriff Conrado Cantu claiming his termination was a result of violation of his constitutional and civil rights.

2. In April, the parties entered into meaningful settlement negotiations. Based on the parameters established by the Plaintiff, a tentative settlement was entered into by Plaintiff's attorney. After presenting the settlement offer to Plaintiff, it was rejected and no further direction was given the Attorney.

### ARGUMENT

3. There is good cause for this Court to grant the motion to withdraw because the circumstances surrounding the settlement negotiations have created a conflict of interest that precludes the attorney's continued representation.

4. This case is in its infancy and allowing Attorney Miguel Salinas to withdraw as attorney in charge will not significantly delay these proceedings.

5. The attorney has attempted to speak to Plaintiff regarding his feeling on this matter, but has been unable to make contact with him.

6. The Plaintiff's last known address i 5212 Ridgeline, Brownsville, Texas 78526

and his phone number is 956/982-1454

7. The only pending setting is the scheduling conference slated for May 15, 2003.

## CONCLUSION

8. Because the Plaintiff and his attorney are at odds over continuing this claim, attorney Miguel Salinas would ask this Court to grant his motion to withdraw.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

BY: _____
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
680 E. St. Charles Ste. 110
Brownsville, Texas 78520
956/574-9502 Telephone
956/574-9506 Telefax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of Miguel Salinas' Motion to Withdraw as Attorney of Record was sent to the Defendants via fax and hand delivery on this the 15th day of May, 2003 to:

Hon. Dino Esparza
3505 Boca Chica Blvd.
Brownsville, TX 78521
Via Hand Delivery

ATTORNEY FOR DEFENDANT CAMERON COUNTY

Hon. Albert Lopez
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230
Via Telefax 210/366-3666

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO SALAZAR<br>    Plaintiff<br><br>vs.<br><br>CAMERON COUNTY AND CONRADO<br>CANTU, IN HIS OFFICIAL AND<br>INDIVIDUAL CAPACITY<br>    Defendants | §§§§§§§§§<br><br>CIVIL ACTION NO. B-03-024 |

### ORDER ON ATTORNEY MIGUEL SALINAS' MOTION
### TO WITHDRAW AS ATTORNEY IN CHARGE

On _____, 2003, the court considered Miguel Salinas' Motion to Withdraw as attorney in charge for Plaintiff Gilbert Salazar. After considering the motion, the court

GRANTS Miguel Salinas Motion to Withdraw.

DENIES the motion

SIGNED on _____, 2003

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

_____
Miguel Salinas