THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAY 1 5 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-024

DATE & TIME: 05-15-03 AT 1:30 P.M.

GILBERT SALAZAR

PLAINTIFF(S)  MIGUEL SALINAS
COUNSEL

VS.

CAMERON COUNTY AND
CONRADO CANTU, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITY

DEFENDANT(S) CHARLES WILLETTE, JR.
COUNSEL      ROMAN D. ESPARZA
             ALBERT LOPEZ

---

ERO: Rita Nieto
CSO: Daniel Delgado

Miguel Salinas, Dino Esparza appeared in the courtroom, Albert Lopez appeared telephonically.

Plaintiff does not want to accept settlement. Mr. Salinas will file a Motion to Withdraw. Counsel for Plaintiff must have alternate counsel before the Motion to Withdraw is granted.

Hearing on Motion to Withdraw will be set. Plaintiff will be required to attend.