*14*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| GILBERT SALAZAR | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-024 |
| CAMERON COUNTY, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL        ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**           **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

**AUGUST 5, 2003 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 9, 20003

TO:     MR. MIGUEL SALINAS
        MR. CHARLES WILLETTE, JR.
        MR. ROMAN D. ESPARZA
        MR. ALBERT LOPEZ