15

United States District Court
Southern District of Texas
FILED

AUG 0 5 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

CIVIL ACTION NO. B-03-024

DATE & TIME: 08-05-03 AT 2:00 P.M.

GILBERT SALAZAR

PLAINTIFF(S) COUNSEL: MIGUEL SALINAS

VS.

CAMERON COUNTY AND CONRADO CANTU, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY

DEFENDANT(S) COUNSEL: CHARLES WILLETTE, JR.
ROMAN D. ESPARZA
ALBERT LOPEZ

---

CSO: Dan Delgado
ERO: Gabriel Mendieta

Attorneys Miguel Salinas, Roman Esparza and Albert Lopez appeared. Plaintiff Gilbert Salazar appeared.

Plaintiff told Judge Black that he has not hired another attorney to replace Mr. Salinas. The Judge will have another hearing on August 29, 2003. At that time Mr. Salinas will be allowed to withdraw as attorney for Plaintiff.