*16*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

### ORDER

AUG 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-024 |
| | § | |
| CAMERON COUNTY, ET AL. | § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**FINAL HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**         **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME:

**AUGUST 29, 2003 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:     AUGUST 5, 2003

TO:       MR. MIGUEL SALINAS
          MR. CHARLES WILLETTE, JR.
          MR. ROMAN D. ESPARZA
          MR. ALBERT LOPEZ