**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—**

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERT SALAZAR, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-024 |
| | § | |
| CAMERON COUNTY ET AL. | § | |
| Defendants. | § | |

## ORDER

On May 19, 2003, Magistrate Judge John Wm. Black filed a Report and Recommendation, Docket No. 13, in which he advised the Court to grant Defendants' motions for partial dismissal, Docket Nos. 5, 8, regarding Plaintiff's causes of action arising under the Texas Constitution and 42 U.S.C. § 1985(3). More than ten days have elapsed and no objections to the Magistrate Judge's recommendation have been filed. Accordingly, the Court has reviewed the Report and Recommendation for plain error. Finding no such error, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation. As such, the Court **DISMISSES** Plaintiff's causes of action arising under the Texas Constitution and 42 U.S.C. § 1985(3) pursuant to FED. R. CIV. P. 12(b)(6).

Signed in Brownsville, Texas, this 6th day of August, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE