*18*

AO 458 (Rev. 5/85) Appearance

# United States District Court

**SOUTHERN** _____ DISTRICT OF _____ **TEXAS**

United States District Court
Southern District of Texas
FILED

SEP 0 2 2003

Michael N. Milby
Clerk of Court

Gilbert Salazar

vs.

Cameron County

**APPEARANCE**

CASE NUMBER: 1: 03 cv 24

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Gilbert Salazar, Plaintiff.

_____08/29/2003_____
**Date**

_____
**Signature**

Robert H. Mendoza
**Print Name**

515 East St. Charles
**Address**

Brownsville,        TX   78520
**City**            **State**    **Zip Code**

(956) 542-3414
**Phone Number**