United States District Court
Southern District of Texas
FILED

SEP 0 2 2003

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FINAL HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

| | |
|---|---|
| CIVIL ACTION NO. B-03-024 | DATE & TIME: 08-29-03 AT 2:00 P.M. |
| GILBERT SALAZAR | PLAINTIFF(S) MIGUEL SALINAS<br>COUNSEL |
| VS. | |
| CAMERON COUNTY AND<br>CONRADO CANTU, IN HIS OFFICIAL<br>AND INDIVIDUAL CAPACITY | DEFENDANT(S) CHARLES WILLETTE, JR.<br>COUNSEL  ROMAN D. ESPARZA<br>ALBERT LOPEZ |

ERO: Gabriel Mendieta
CSO: Richard Harrelson

   Attorneys Miguel Salinas, Dino Esparza and plaintiff Gilbert Salazar appeared. Attorney Robert Mendoza appeared as counsel for plaintiff to replace Miguel Salinas.

   Mr. Mendoza will file a motion for substitution.