2-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERTO SALAZAR | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-024 |
| | § | |
| CAMERON COUNTY AND CONRADO | § | |
| CANTU, IN HIS OFFICIAL AND | § | |
| INDIVIDUAL CAPACITY | § | |
| Defendants | § | |

**ORDER ON ATTORNEY MIGUEL SALINAS' MOTION**
**TO WITHDRAW AS ATTORNEY IN CHARGE**

On ___15 OCT___, 2003, the court considered Miguel Salinas'
Motion to Withdraw as attorney in charge for Plaintiff Gilbert Salazar. After considering
the motion, the court

GRANTS Miguel Salinas Motion to Withdraw.

~~DENIES the motion~~

SIGNED on ___15 OCT___, 2003

U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

APPROVED & ENTRY REQUESTED

Miguel Salinas