IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERT SALAZAR　　§ | |
| *Plaintiff*　　　　§ | |
| 　　　　　　　　§ | |
| v　　　　　　　　§ | CIVIL DOCKET: B-03-024 |
| 　　　　　　　　§ | |
| CAMERON COUNTY, AND CONRADO CANTU §　　 | |
| IN HIS OFFICIAL AND INDIVIDUAL §　　 | |
| CAPACITY　　　　§ | |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

On the *15TH* day of *OCTOBER*, 2003, the Court considered the Plaintiff's Motion for Substitution of Counsel.

The Court finds that Movant approved the substitution and that the substitution is not sought for delay only and should be **GRANTED**.

**IT IS THEREFORE ORDERED**, that Honorable Miguel Salinas is discharged as attorney of record, and Honorable Robert H. Mendoza is substituted as attorney of record for Movant.

Signed on: *OCTOBER 15*, 2003.

_____
HONORABLE JUDGE PRESIDING