IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-024 |
| CAMERON COUNTY, AND | § | (JURY REQUESTED) |
| CONRADO CANTU, in his Official | § | |
| And Individual Capacity | § | |
| *Defendants* | | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PLEADING**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Cameron County, Defendant in the above styled and numbered matter, and files this Motion for Leave to File Amended Pleading and for cause would show as follows:

**I.
INTRODUCTION**

1. Plaintiff, Gilbert Salazar, filed a lawsuit against Defendant County asserting that he was terminated in violation of his constitutional rights under both the State and Federal Constitutions. Plaintiff claims he was not rehired by Sheriff Conrado Cantu as a result of Plaintiff's political association with Sheriff Cantu's opponent. This Court has considered Defendant's motion to dismiss and dismissed Plaintiff's State Constitutional Claim and conspiracy claim pursuant to 42 U.S.C.§ 1985(3). The Court also adopted the Magistrates Report and Recommendation confirming that all claims against the Sheriff in his official

1

capacity are unnecessary, since the County is already a party to the lawsuit. Plaintiff's civil rights claim under 42 U.S.C. § 1983 pursuant to the First and Fourteenth Amendments against Defendant County and Cornado Cantu in his individual capacity are all that remain pending. Defendant County filed its Original Answer on January 24, 2003. The deadline, as per the Scheduling Order, for Defendant to amend its pleadings is February 27, 2004. Defendant County requests permission to amend its Answer to this lawsuit to assert an additional affirmative defense, a statute of limitations defense.

## II.
## ARGUMENT

2. Leave shall be freely given when justice so requires. F.R.C.P. 15(a). After conducting discovery, Defendant County has discovered the lawsuit in question should be barred by the statute of limitations. Defendant County intends to assert this defense in a motion for summary judgment on or before March 26, 2004, the deadline to file dispositive motions. Therefore, Defendant County Requests the Court grant its leave to assert the statue of limitation defense. The Court should allow the filing of the amended pleading since the request was made within the deadline and so that justice may be served. Defendant County is filing its amended pleading along with this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant County prays that upon hearing this motion, the Court grant Defendant County's Motion for Leave to File Amended Pleading and that Defendant have such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone : (956) 541-1846
Facsimile : (956) 541-1893

_____
Roman "Dino" Esparza
State Bar No. 00795337
USDC No. 22703

Charles Willette, Jr.
State Bar No. 21509700
USDC No. 1937

## CERTIFICATE OF SERVICE

I, hereby certify that on, February _26_, 2004 a true and correct copy of the above and foregoing has been served on all counsel of record via certified mail return receipt requested as herein below noted:

**Via CMRRR 7099 3400 0015 1918 1679**
Mr. Robert Mendoza
LAW OFFICE OF ROBERT MENDOZA
515 St. Charles
Brownsville, Texas 78521

Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230

_____
Roman "Dino" Esparza

## CERTIFICATE OF CONFERENCE

I, Roman "Dino" Esparza, do hereby certify, that I informed Mr. Robert Mendoza of the County's intention to filed this Motion for Leave to File Amended Pleading. Mr. Mendoza responded that Gilbert Salazar is opposed to the motion.

_____
Roman "Dino" Esparza