

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-24 |
| CAMERON COUNTY, AND | § | (JURY REQUESTED) |
| CONRADO CANTU, in his Official | § | |
| And Individual Capacity | § | |
| *Defendants* | | |

## DEFENDANT'S FIRST AMENDED ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Defendant County, in the above styled and numbered matter, and file this their

First Amended Answer and for cause would show as follows:

### ANSWER

### ADMISSIONS AND DENIALS SECTION I, ENTITLED PARTIES

1.    Defendant County is without knowledge or information sufficient to form a belief as to

whether Plaintiff is a resident of Cameron County.

2.    Defendant admits they have been properly served.

3.    Defendant admits venue is proper for the United States District Court, Southern

District of Texas, Brownsville Division.

### ADMISSIONS AND DENIALS FOR SECTION II, ENTITLED FACTUAL ALLEGATIONS

4.    Defendant denies the allegations contained in the first paragraph of Section II of Plaintiff's

Original Petition.  Defendant specifically denies that a series of illegal and discriminatory

1

occurrences happened at the Cameron County Sheriff's Department in Cameron County, Texas.

5.    Defendant admits Plaintiff was employed with the Cameron County Sheriff's Department from December 1984 until January 1, 2001, but Defendants deny Plaintiff's termination was unlawful.

6.    Defendant denies the factual allegations contained in the third paragraph of Section II of Plaintiff's Original Petition.

7.    Defendant denies the factual allegations contained in the fourth paragraph of Section II of Plaintiff's Original Petition.

8.    Defendant admits Defendant Conrado Cantu won both the primary and general elections for the office of Cameron County Sheriff.  However, Defendants are without knowledge or information sufficient to form a belief as to which candidate the Plaintiff supported in each election.

9.    Defendant admits Plaintiff was terminated on January 1, 2001 from the Cameron County Sheriff's Department.  Defendants deny the remaining allegations contained in the sixth paragraph of Section II of Plaintiff's Original Petition, specifically that Plaintiff's termination resulted from his political association and for exercising rights guaranteed under both the State and Federal Constitution.

**ADMISSIONS AND DENIALS FOR SECTION III**

10.    Defendant admits Cameron County is a governmental entity and that the Cameron County Sheriff's Department is a Department of Cameron County.  Defendant denies that Plaintiff was subjected to any illegal and discriminatory action.

2

## ADMISSIONS AND DENIALS FOR SECTION IV, ENTITLED TEXAS CONSTITUTION CAUSES OF ACTION

11.    Defendant denies all the allegations in both paragraphs contained in Section IV of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION V, ENTITLED 42 U.S.C. § 1983

12.    Defendant denies all the allegations in each of the paragraphs contained in Section V of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION VI, 42 U.S.C. § 1985(3)

13.    Defendant Conrado Cantu in his Official Capacity denies all the allegations in Section VI of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION VII, ENTITLED ACTUAL DAMAGES

14.    Defendant denies all the allegations contained in Section VII of Plaintiff's Original Petition. Defendant further denies plaintiff is entitled to any pecuniary relief for his causes of action asserted under the Texas Constitution in Section IV of Plaintiff's Original Petition.

## ADMISSIONS AND DENIALS FOR SECTION VIII, ENTITLED ATTORNEY'S FEES

15.    Defendant denies Plaintiff is entitled to attorney's fees because he is not a prevailing party.

## ADMISSIONS AND DENIALS FOR SECTION IX, ENTITLED JURY TRIAL REQUEST

16.    Defendant admits Plaintiff requested a jury trial in this cause.

## ADMISSIONS AND DENIALS FOR THE PRAYER

17.    Defendant denies Plaintiff should be granted any of the requests for relief asked for in the Prayer of Plaintiff's Original Petition.

3

## **AFFIRMATIVE DEFENSES**

18.    Defendant would show that plaintiff's termination was based on non-discriminatory and non-retaliatory reasons.

19.    Defendant would show that Plaintiff has failed to mitigate his damages.

20.    Defendant would show they are immune from liability under the doctrine of sovereign immunity.

21.    Defendant would show that they may only be held liable under 42 U.S.C. § 1983 if Plaintiff proves a policy, custom or practice caused the constitutional deprivation of which Plaintiff complains.

22.    Defendant would show that they are not liable to Plaintiff because the applicable statute of limitations has run on Plaintiff's claim.

23.    Defendant seek reasonable attorney fees and costs as prevailing party pursuant to 42 U.S.C. § 1988.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant County prays that upon final trial and hearing hereof, Plaintiff take nothing by this suit, that Defendant recover all costs incurred herein, including reasonable and necessary attorney fees and that Defendant have such other and further relief, at law or in equity, to which it may show itself to be justly entitled.

Signed on February _26_ , 2004.

4

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By:_____

Roman "Dino" Esparza
State Bar No.00795337
USCD Adm. No. 22703

Charles Willette, Jr.
State Bar No. 21509700
USDC Adm. No. 1937

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's First Amended Answer has on February 26, 2004, been forwarded via certified mail, return receipt requested to:

**Via CMRRR 7099 3400 0015 1918 1679**
Mr. Robert Mendoza
LAW OFFICE OF ROBERT MENDOZA
515 St. Charles
Brownsville, Texas 78521

Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230

_____
Roman "Dino" Esparza

5