United States District Court
Southern District of Texas
FILED

FEB 27 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| | § | |
| VS. | § | CAUSE NO. B-03-024 |
| | § | |
| CAMERON COUNTY AND | § | |
| CONRADO CANTU, IN HIS OFFICIAL | § | |
| AND INDIVIDUAL CAPACITY | § | |

## CONRADO CANTU'S MOTION FOR LEAVE
## TO FILE A SUPPLEMENTAL PLEADING

TO THE HONORABLE JUDGE OF SAID COURT:

Conradu Cantu, in his individual and official capacity moves, pursuant to FED.R.CIV.P 15(a) and the Court's scheduling Order, for leave to file the attached supplemental answer (Exhibit A) and in support thereof shows the following:

1. The Court's Scheduling Order allows the parties to file an amended pleading on or before February 27, 2004. Defendant's motion for leave to amend is offered in compliance with the deadline set forth by te Court.

2. The Defendant seeks to amend its pleading to add to his affirmative defenses the defense of statute of limitations, which became apparent during the plaintiff's recent deposition.

3. The amendment of Defendant's pleading by adding the attached supplemental pleading will not cause surprise to Plaintiff or require delay in the progress of this cause.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court grant its motion for leave to its supplemental pleading and enter an order to that effect.

Respectfully submitted,

LÓPEZ & SMITH
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230
(210) 366-3666
FAX: (210) 366-1985

_____
ALBERT LÓPEZ
State Bar No. 1256235̸0
Fed. Id. No. 13339
ATTORNEYS FOR DEFENDANT,
CONRADO CANTU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was sent by certified mail return receipt requested to Mr. Robert H. Mendoza, 515 St. Charles, Brownsville, Texas 78521 and by regular mail to Charles Willette, Jr., 3505 Boca Chica, Boulevard, Brownsville, Texas 78521 on February 26, 2004.

_____
Albert López

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| | § | |
| VS. | § | CAUSE NO. B-03-024 |
| | § | |
| CAMERON COUNTY AND | § | |
| CONRADO CANTU, IN HIS OFFICIAL | § | |
| AND INDIVIDUAL CAPACITY | § | |

## CONRADO CANTU'S
## SUPPLEMENTAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE UNITED STATES DISTRICT JUDGE:

Conrado Cantu, in his official and individual capacity, Defendant, files the following supplemental answer to the Plaintiff's Petition:

### SUPPLEMENTAL PLEADING

1. One or more of the plaintiff's causes of action are barred by the two-year statute of limitations.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court enter a Judgment that Defendant go hence without delay with all costs of court; that Defendant be awarded his attorney's fees and court cost under 42. U.S.C. § 1988, and that Defendant have such other and further relief as to which he may be justly entitled.

Respectfully Submitted,

LOPEZ & SMITH
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78239
(210) 366-3666
FAX: (210) 366-1985

By: /s/ Albert López
Albert López
State Bar No. 12562350
Fed. Id. No. 13339

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was sent by certified mail return receipt requested to Mr. Robert H. Mendoza, 515 St. Charles, Brownsville, Texas 78521 and by regular mail to Charles Willette, Jr., 3505 Boca Chica, Boulevard, Brownsville, Texas 78521 on February 26, 2004.

/s/ Albert Lopez
Albert Lopez

2