IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-024 |
| CAMERON COUNTY, AND | § | (JURY REQUESTED) |
| CONRADO CANTU, in his Official | § | |
| And Individual Capacity | § | |
| *Defendants* | | |

### ORDER GRANTING DEFENDANT'S LEAVE TO FILE AMENDED PLEADING

(DOCKET NO. 26)
A motion was made before this Court by Cameron County for leave to file an amended pleading. The Court has considered the pleadings and arguments and has examined the briefs which were submitted with regard to such motion.

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Leave to file Amended Pleading shall be and is hereby Granted.

SIGNED on this  1ST  day of ~~February~~ MARCH 2004.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

5