UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| | § | |
| VS. | § | CAUSE NO. B-03-024 |
| | § | |
| CAMERON COUNTY AND | § | |
| CONRADO CANTU, IN HIS OFFICIAL | § | |
| AND INDIVIDUAL CAPACITY | § | |

## CONRADO CANTU'S
## SUPPLEMENTAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE UNITED STATES DISTRICT JUDGE:

Conrado Cantu, in his official and individual capacity, Defendant, files the following supplemental answer to the Plaintiff's Petition:

### SUPPLEMENTAL PLEADING

1. One or more of the plaintiff's causes of action are barred by the two-year statute of limitations.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court enter a Judgment that Defendant go hence without delay with all costs of court; that Defendant be awarded his attorney's fees and court cost under 42. U.S.C. § 1988, and that Defendant have such other and further relief as to which he may be justly entitled.

Respectfully Submitted,

LOPEZ & SMITH
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78239
(210) 366-3666
FAX: (210) 366-1985

By: /s/ Albert López
Albert López
State Bar No. 12562350
Fed. Id. No. 13339

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was sent by certified mail return receipt requested to Mr. Robert H. Mendoza, 515 St. Charles, Brownsville, Texas 78521 and by regular mail to Charles Willette, Jr., 3505 Boca Chica, Boulevard, Brownsville, Texas 78521 on February 26, 2004.

/s/ Albert Lopez
Albert Lopez

2