IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

MAR 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GILBERT SALAZAR,<br>Plaintiff, | §<br>§<br>§ |
| VS. | §<br>§  CIVIL ACTION NO. B-03-024 |
| CAMERON COUNTY, and<br>CONRADO CANTU, in his<br>Official and Individual Capacity,<br>Defendants. | §<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT, CAMERON COUNTY'S MOTION FOR LEAVE TO FILE AMENDED PLEADING

A Motion for Leave to File an Amended Pleading (Docket No. 24) was filed by Defendant, Cameron County, on February 26, 2004. The Court has considered the pleadings and arguments and has examined the briefs which were submitted with regard to such motion.

IT IS ORDERED that Defendant, Cameron County's, Motion for Leave to File an Amended Pleading be GRANTED.

DONE at Brownsville, Texas, this 10th day of March, 2004.

John Wm. Black
United States Magistrate Judge