United States District Court
Southern District of Texas
ENTERED
APR 0 8 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| GILBERT SALAZAR, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-024 |
| CAMERON COUNTY, and | § | |
| CONRADO CANTU, in his | § | |
| Official and Individual Capacity, | § | |
| Defendants. | § | |

### ORDER SETTING HEARING ON DEFENDANT CAMERON COUNTY'S AND DEFENDANT CONRADO CANTU'S MOTIONS FOR SUMMARY JUDGMENT

On this day came to be considered Defendant Cameron County's (Docket No. 31) and Defendant Conrado Cantu's (Docket No. 30) Motions for Summary Judgment in the above-styled and numbered cause.

IT IS THEREFORE ORDERED that said Motions are set for hearing on the 7th day of May, 2004, at 10:30 a.m.

DONE at Brownsville, Texas, this 7th day of April, 2004.

John Wm. Black
United States Magistrate Judge