

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT CAMERON COUNTY'S AND
DEFENDANT CONRADO CANTU'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| CIVIL ACTION NO. B-03-024 | DATE & TIME: 05-07-03 AT 10:30 A.M. |
| GILBERT SALAZAR | PLAINTIFF(S) ROBERT H. MENDOZA |
| | COUNSEL |
| VS. | |
| CAMERON COUNTY AND CONRADO CANTU, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY | DEFENDANT(S) CHARLES WILLETTE, JR. |
| | COUNSEL ROMAN D. ESPARZA |
| | ALBERT LOPEZ |

ERO: Rosie D'Venduri
CSO: Willie Canant
Law Clerk: Nicole Gonzalez
Clerk: Paula Tamayo

Attorneys Robert Mendoza, Roman Esparza, Albert Lopez and John Olson appeared.

This case has a proposed settlement to be presented to Cameron County Commissioners Court on Tuesday, May 11, 2004. This Court will be notified of decision.