37

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| GILBERT SALAZAR | § § | |
| VS. | § | CIVIL ACTION NO. B-03-024 |
| | § § | |
| CAMERON COUNTY, ET AL. | § | |

TYPE OF CASE:      __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that:

THE FINAL PRETRIAL CONFERENCE SCHEDULED FOR MAY 14, 2004 AT 1:30 P.M. IS HEREBY PASSED.

A STATUS CONFERENCE IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE, AND TIME SET FORTH BELOW:

(CONFERENCE WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

JUNE 23, 2004 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 12, 2004

TO:   MR. ROBERT MENDOZA
      MR. CHARLES WILLETTE, JR.
      MR. ROMAN D. ESPARZA
      MR. ALBERT LOPEZ