United States District Court
Southern District of Texas
FILED

JUN 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | § |
| CAMERON COUNTY, AND | § | CIVIL ACTION NO. B-03-024 |
| CONRADO CANTU, in his Official | § | (JURY REQUESTED) |
| And Individual Capacity | § | |
| *Defendants* | | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Cameron County and Conrado Cantu, Defendants in the above entitled cause of action, and Gilbert Salazar, Plaintiff and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and in support thereof show:

### I.

The Defendants and Plaintiff, by and through their attorneys, have informed the Court that a settlement has been reached and the Parties have filed this Stipulation of Dismissal. The Parties move to dismiss the suit as part of the settlement agreement. This case is not a class action and a receiver has not been appointed. Plaintiff hereby prays that all causes of action against Defendants Cameron County and Conrado Cantu herein be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Gilbert Salazar and Defendants Cameron County and Conrado Cantu request this Court to enter an Agreed Order Dismissal dismissing this suit with prejudice as to Defendants Cameron County and Conrado Cantu, with all Court costs to be borne by the party incurring same.

Signed on this _____ day of May, 2004.

Respectfully submitted,

Robert Mendoza
LAW OFFICE OF ROBERT MENDOZA
515 E. St. Charles
Brownsville, Texas 78521

By: _____
        Robert Mendoza
        State Bar No. 13937670
        FEDERAL I.D. NO. 11418

        Attorneys for Plaintiff,
        Gilbert Salazar


WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Telephone:  (956) 541-1846
Facsimile:  (956) 541-1893

By: _____
        Roman "Dino" Esparza
        State Bar No. 00795337
        USDC No. 22703

Mr. Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230


By: _____
        Albert Lopez
        State Bar No. 12562350
        FEDERAL I.D. NO. 13339

ATTORNEYS FOR DEFENDANTS
CAMERON COUNTY
CONRADO CANTU