IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERT SALAZAR | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-024 |
| CAMERON COUNTY, AND | § | (JURY REQUESTED) |
| CONRADO CANTU, in his Official | § | |
| And Individual Capacity | § | |
| *Defendants* | | |

## AGREED ORDER OF DISMISSAL

The Plaintiff Gilbert Salazar and Defendants Cameron County and Conrado Cantu in his Official and Individual capacity have informed the Court of their Stipulation of Dismissal. Plaintiff has prayed that all causes as to Defendants Cameron County and Conrado Cantu in his Official and Individual capacity be dismissed with prejudice. All parties have agreed thereto, and the dismissal should be **GRANTED**.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's cause against Defendants Cameron County and Conrado Cantu in his Official and Individual capacity be **DISMISSED** with prejudice, with all court costs to be taxed against the party that incurred such costs.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that any and all other relief that may have been sought in this cause, whether prayed for or not, is hereby DENIED.

ENTERED this 3rd day of June, 2004.

_____
JUDGE PRESIDING

AGREED AS TO FORM:

Robert Mendoza
LAW OFFICE OF ROBERT MENDOZA
515 E. St. Charles
Brownsville, Texas 78521

By: _____
    Robert Mendoza
    State Bar No. 13937670
    FEDERAL I.D. NO. 11418

    Attorneys for Plaintiff,
    Gilbert Salazar

WILLETTE & GUERRA, L.L.P.
1534 E. 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
    Roman "Dino" Esparza
    State Bar No. 00795337
    USDC No. 22703

Mr. Albert Lopez
Lopez & Smith
3355 Cherry Ridge, Suite 100
San Antonio, Texas 78230

By: Albert Lopez w/permission Dino Esparza
    Albert Lopez
    State Bar No. 12562350
    FEDERAL I.D. NO. 13339

    Attorneys for Defendants
    Cameron County and
    Conrado Cantu

cc:
    Roman "Dino" Esparza, Willette & Guerra, L.L.P., 1534 E. 6th Street, Suite 200, Brownsville, TX 78520
    Robert Mendoza, LAW OFFICE OF ROBERT MENDOZA, 515 E. St. Charles, Brownsville, Texas 78521
    Mr. Albert Lopez, Lopez & Smith, 3355 Chery Ridge, Suite 100, San Antonio, TX 78230